William D. Hyslop
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:20-CR-81-TOR |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine (Count 1) |
| ALLEN LEE FULLERTON, and JANELLE MARIE HUNTER, | |
| Defendants. | |
| | 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of Methamphetamine (Count 2) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Distribution of 50 Grams or More of Actual Methamphetamine (Counts 3, 4, 5) |
| | Forfeiture Allegations 21 U.S.C. § 853 |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, by on or about July 30, 2019, and continuing until on or about September 23, 2019, in the Eastern District of Washington, and elsewhere, the Defendants, ALLEN LEE FULLERTON and JANELLE MARIE HUNTER, did knowingly and intentionally combine, conspire, confederate, and agree together with each other and with other persons unknown, to commit the following offense: distribution of 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about July 30, 2019, in the Eastern District of Washington, the Defendants, ALLEN LEE FULLERTON and JANELLE MARIE HUNTER, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

## COUNT 3

On or about August 7, 2019, in the Eastern District of Washington, the Defendants, ALLEN LEE FULLERTON and JANELLE MARIE HUNTER, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## COUNT 4

On or about August 27, 2019, in the Eastern District of Washington, the Defendants, ALLEN LEE FULLERTON and JANELLE MARIE HUNTER, did knowingly and intentionally distribute 50 grams or more of actual

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## COUNT 5

On or about September 23, 2019, in the Eastern District of Washington, the Defendants, ALLEN LEE FULLERTON and JANELLE MARIE HUNTER, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendants, ALLEN LEE FULLERTON and JANELLE MARIE HUNTER, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

//

INDICTMENT – 3

1 the United States of America shall be entitled to forfeiture of substitute property
2 pursuant to 21 U.S.C. § 853(p).
3       DATED this __7__ day of July 2020.

A TR[]

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT – 4